UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAJUAN L. BENNETT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. PEREZ, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-00041-TL-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)　The Court ADOPTS the Report and Recommendation.

(2)　Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Dkt. No. 13) is GRANTED. This action is DISMISSED without prejudice.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 30th day of May, 2025.

Tana Lin
United States District Judge

ORDER - 1